## Exhibit A to the Complaint

**Location:** Fort Lee, NJ  **IP Address:** 24.193.176.151
**Total Works Infringed:** 27  **ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: D8BE776F787387335A471AA784350C68A51C1031<br>File Hash:<br>0404863C30BEEBCD25C7E14416CA9E1212A3DF614BE1BBC2DDE4F1CC9060D775 | 11-24-2022 14:58:45 | Slayed | 05-17-2022 | 06-09-2022 | PA0002361673 |
| 2 | Info Hash: 15B966586EBD5A87C6049D20B7C99E5AB9FA1930<br>File Hash:<br>1FA8772057F04ECCE5DBB42B0F6BB3BFCE23CB44FCAFE73FEE0E8DEB5695BFAE | 11-14-2022 13:55:59 | Blacked | 11-12-2022 | 12-11-2022 | PA0002384761 |
| 3 | Info Hash: C7DBB7401AB0BBD41AE23CE6443DE6A5AD4E47DA<br>File Hash:<br>2FDBFE4079E8F6F7897B1A65D8A7C6A97ACF1CEC928105DF9E83DAFAE121B75A | 10-08-2022 19:06:37 | Blacked Raw | 10-06-2022 | 11-01-2022 | PA0002378072 |
| 4 | Info Hash: BD6F47936377A54BF93F18AD88372D3D36C3975E<br>File Hash:<br>41DCDA508BC2B94C561CD2D990D53D744596B6BFD8E3DC91BFEEF6F1EA17A39A | 10-03-2022 13:56:13 | Blacked Raw | 10-01-2022 | 10-31-2022 | PA0002377811 |
| 5 | Info Hash: D595EB5BD188A2A9447FF16D585FA7FF252DF980<br>File Hash:<br>920EA4A449CA035EC66952C02B5BB120EBB6360EED827737253AFD22D632885E | 09-11-2022 18:53:24 | Blacked | 10-02-2018 | 10-16-2018 | PA0002127785 |
| 6 | Info Hash: A4D740048B2F6B92372354BA6C770CC6AFCC786B<br>File Hash:<br>9A5459E9729C934E53BC2A8D78BB1B0A29A01B2655A39238FF87B6D0DED01BDD | 08-31-2022 17:22:27 | Blacked Raw | 08-27-2022 | 10-31-2022 | PA0002377814 |
| 7 | Info Hash: A45135933D2916166CD81B774C59AB9D551ABFDD<br>File Hash:<br>5BB4FD9BB134B08DCB2F522421309D45E957B0FB1F8FDEAE7FB262B439168267 | 08-01-2022 18:38:33 | Blacked | 07-30-2022 | 08-30-2022 | PA0002367742 |
| 8 | Info Hash: 3B37C1EA3D5C559642EFB1989022683E55102FEE<br>File Hash:<br>B18A02CD77883EF5121CBD98BFC22A9C16AD954E3CFF6383D242DFDFC0C93377 | 07-21-2022 23:04:10 | Blacked Raw | 07-18-2022 | 08-30-2022 | PA0002367753 |
| 9 | Info Hash: 9C9868F9A2BCEE240B9C6D024C49B6394F903E00<br>File Hash:<br>D67B2145BAA691C91BC741B6AA31CB596055AAADB999861C24F4F06F24027452 | 07-05-2022 20:19:37 | Tushy | 07-03-2022 | 07-22-2022 | PA0002359464 |
| 10 | Info Hash: CAB0863EADD1AE347B01F525A860F6F5C5A8706C<br>File Hash:<br>08E745410D7E4EC8A526DC1F461741BCF09286E82A83DD54BF6D3DAC0A613817 | 06-20-2022 15:21:23 | Blacked | 06-18-2022 | 06-27-2022 | PA0002355032 |
| 11 | Info Hash: A8EC61CFDDDE3AD8A8898F05ACE3418B5DFF3014<br>File Hash:<br>634F33148B5E71A11DBA1AFEACA11D1BDA59B891FC5523A2D39B5057867B7EE3 | 05-30-2022 14:21:08 | Blacked | 05-28-2022 | 06-27-2022 | PA0002355034 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: F690B9EDFB90E3366ED63AEF0A79CC305D493B07<br>File Hash: D7BB4A35AADE10E6F0CD886DF7E13BF53E14982CE91A9CCEB21A21C9FAB34672 | 05-18-2022 22:32:18 | Blacked Raw | 05-16-2022 | 05-20-2022 | PA0002350378 |
| 13 | Info Hash: C1DF4FE92C6BD8498821193D2A43A0ECEB7DB424<br>File Hash: 865D6EDAA08FF4E83C2E26766D8C686CCF68D32A68DF950C84520AC7B1FAFF9C | 05-02-2022 13:41:11 | Blacked | 04-30-2022 | 05-20-2022 | PA0002350385 |
| 14 | Info Hash: 8985391AB6EDF4417458A4AD92C774F8DCCD32D1<br>File Hash: A9833093B770B8EF9B1C0CC785AD40D8F3C64A0A3D1EF44548B1607C61C2DEC7 | 04-22-2022 21:44:21 | Slayed | 11-18-2021 | 12-03-2021 | PA0002333376 |
| 15 | Info Hash: D007939C196E714934D309C2E84ED289D4BF376E<br>File Hash: 8D459BA4F9138F554769670171DC2133D2F033D562A56EC557E567C842410511 | 03-29-2022 22:41:11 | Tushy | 03-27-2022 | 04-23-2022 | PA0002346427 |
| 16 | Info Hash: 7A65B2C57EF88AE976AD94C7AAB3416BD5DEA644<br>File Hash: 9A7E2A81CCD393B971588C52B96044830AC088C83B01F474ED17B21471D05A42 | 02-09-2022 18:32:10 | Blacked Raw | 02-07-2022 | 02-14-2022 | PA0002335458 |
| 17 | Info Hash: D70316B223A58E7A96123A8EB37CAE5DF0ACDB64<br>File Hash: 2AC3FEC454A28DC979BCAA5A0682B453AF715708C5FDA61F4DD3CF8718391E62 | 02-07-2022 14:51:41 | Blacked | 02-05-2022 | 02-14-2022 | PA0002335503 |
| 18 | Info Hash: 71790FDE1C8C4A010156562C4D122EBCF8503A3A<br>File Hash: E559E261908121B2EB325811B95B829307D5DD3F02632942908F14C379482FCB | 12-13-2021 17:25:09 | Tushy | 05-02-2021 | 06-15-2021 | PA0002296917 |
| 19 | Info Hash: F384E970AC450A02931E74335A99876DCA5AFBFF<br>File Hash: 201D0FF4E41487C0C1B7C759ED7237173F0D4D0F56007F7D5EC7FE0E6CB68A0A | 11-24-2021 16:11:08 | Blacked Raw | 11-22-2021 | 12-09-2021 | PA0002325831 |
| 20 | Info Hash: 04D1E15B09618A4312212EDD4AA7534ABB8DCF96<br>File Hash: C18729AA5F0F5446CCAD18A988F9F132B09792B82BA160F2600CCEC2F668B675 | 09-28-2021 16:08:31 | Tushy | 09-26-2021 | 10-19-2021 | PA0002317053 |
| 21 | Info Hash: D016E2740C2ABCE9BC724747C7C1700B692127FA<br>File Hash: 1F1223960CD5F962D2DA22AE5AD62358CC365F90FD4B5DDF70BB097DC6867BEA | 08-05-2021 13:17:10 | Blacked Raw | 08-02-2021 | 08-23-2021 | PA0002308428 |
| 22 | Info Hash: 6D40E6B3C68E4347A8776C49A5F33AED77C35A3C<br>File Hash: 23CEF8CDE126E624213A1BBC3AEC0ED99E29DC5FCEECCC7F6D3EC3C7F4E9CF6E | 07-06-2021 15:22:08 | Blacked | 06-26-2021 | 07-08-2021 | PA0002300662 |
| 23 | Info Hash: 74964D3B38DB0C336AE21C64536CCC10081EBDDF<br>File Hash: 296984FF61F9590FBD6049CF61271D6BFAE9D17CD3D76DAA5B4CAFD611B822C4 | 07-01-2021 23:03:34 | Blacked Raw | 06-28-2021 | 07-08-2021 | PA0002300664 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 7C0532F2B77A12F36AF10091D6D41B1ECE334A54<br>File Hash: E8A6D2271366D4F6D1C8D94B700175AE3A2915F891D3C20A077FD4E08C9848A7 | 06-28-2021 16:18:55 | Blacked | 06-12-2021 | 07-08-2021 | PA0002300659 |
| 25 | Info Hash: BC6EDDF8918C2A124922C12A8ACAB5F2B7F04ADA<br>File Hash: 36C48B4B5C642E889F176D85BFC213EE40308A2BD6ECF37CA90A69BC725B768F | 05-29-2021 01:02:07 | Blacked Raw | 05-10-2021 | 06-15-2021 | PA0002296920 |
| 26 | Info Hash: 08FD9F6BD6033A347BAD674DA1325B52942D1FA9<br>File Hash: 2B358F56230930AA8094C910F1811E6F226EF3DD29991C70B4F88C2046B2E304 | 05-20-2021 16:19:13 | Blacked Raw | 05-03-2021 | 06-15-2021 | PA0002296918 |
| 27 | Info Hash: 44B4AD7A047450E82E78476BCCB6F743AF7FA21A<br>File Hash: E48373889E5E612D0D275BAC65055D7D7DD02A206477BFBFBB7A7BD185C34BDF | 04-28-2021 21:34:45 | Blacked Raw | 04-12-2021 | 04-27-2021 | PA0002288983 |